UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EMMA ORELLANA,

                Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------------X

JUDGMENT
08-CV- 4048 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 29 2008 ★

BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on December 22, 2008, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to, evaluation of the severity of plaintiff's tinnitus impairment, give further consideration to plaintiff's residual functional capacity, further develop the record in regards to plaintiff's ability to communicate in English, a new hearing and a new decision; it is

        ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to, evaluation of the severity of plaintiff's tinnitus impairment, give further consideration to plaintiff's residual functional capacity, further develop the record in regards to plaintiff's ability to communicate in English, a new hearing and a new decision.

Dated: Brooklyn, New York
        December 24, 2008

ROBERT C. HEINEMANN
Clerk of Court

        By s/Terry Vaughn
             Chief Deputy